

# SESSIONS FISHMAN NATHAN & ISRAEL L.L.C.
ATTORNEYS AT LAW

AARON R. EASLEY
Direct: (908) 751-5940
aeasley@sessions-law.biz

October 14, 2011

**VIA ECF FILING**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

**Order**
The application is:
✓ granted   Conference is adjourned to
___ denied   11/3/2011 at 11:15 AM.
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

/S/
10/14/2011

Re:   Steven DeNicola v. ALW Sourcing, L.L.C.
      Civil Case No. 2:11-cv-03614-SJF-ETB

Dear Judge Feuerstein:

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. represents defendant ALW Sourcing, L.L.C. ("ALW") in the above-referenced matter. Your Honor has rescheduled the Case Management Conference in this matter for October 18, 2011, a date that is unavailable on the calendar for both counsel in this matter. Counsel have agreed to request of Your Honor a new date for the conference. Counsel have determined the dates of November 1 and November 3, 2011 are open on both counsel's calendars. Counsel would appreciate it if Your Honor would reschedule the Case Management Conference for 11:00 a.m. on either of those dates.

Respectfully Submitted

Aaron R. Easley

ARE: ked
cc:   Joseph Mauro, Esq. (via ECF filing)

200 Route 31 North   Suite 203   Flemington, New Jersey   08822-5736
(908) 751-5797   (908) 751-5944 F   www.sessions-law.com

CALIFORNIA ■ COLORADO ■ FLORIDA ■ GEORGIA ■ ILLINOIS ■ LOUISIANA ■ NEW JERSEY ■ NEW YORK ■ TEXAS