**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
_____ X

Steven Denicola

**Docket No. 11 -CV - 3614**

**Plaintiff**

-against-

ALW Sourcing, LLC

**Defendant**
_____ X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party, except that either party may reopen the matter within 30 days if the settlement is not consummated.

S//JOSEPH M. MAURO　　　　　11-2-2011
Joseph M. Mauro　　　　　　　　Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY　　　　　　11-2-2011
Aaron R. Easley, Esq　　　　　　Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736