# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

Steven Denicola

                                     **Plaintiff**                  Docket No. 11 -CV - 3614

**-against-**

ALW Sourcing, LLC

                                     **Defendant**

---------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party, except that either party may reopen the matter within 30 days if the settlement is not consummated.

S//JOSEPH M. MAURO            11-2-2011
Joseph M. Mauro                 Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY           11-2-2011
Aaron R. Easley, Esq             Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736

So ORDERED Case Closed

*[signature]*

11/3/2011